UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRICKETTE A. QUICK,

       Plaintiff,                         Case No. 16-cv-12582

                                       Paul D. Borman
v.                                         United States District Judge

                                       Patricia T. Morris
COMMISSIONER OF                United States Magistrate Judge
SOCIAL SECURITY,

       Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S APRIL 25, 2017 REPORT
AND RECOMMENDATION (ECF NO. 23), (2) GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 18), (3) DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 19), (4) REVERSING THE
FINDINGS OF THE COMMISSIONER AND (5) REMANDING FOR FURTHER
PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On April 25, 2017, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, and REMAND this matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 23), GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 18), DENIES Defendant's Motion for

1

Summary Judgment (ECF No. 19), REVERSES the findings of the Commissioner and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2017.

s/Deborah Tofil
Case Manager